**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| eNeura, Inc., ) | Case No. 20-11930 (BLS) |
| Debtor. ) | |

**Objection Deadline: October 14, 2020 at 4:00 p.m.**
**Hearing Date:  October 21, 2020 at 9:00 a.m.**

**NOTICE OF MOTION OF TRUSTEE TO EXTEND TIME TO**
**ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED**
**LEASES OF PERSONAL PROPERTY PURSUANT TO SECTION 365(D)(1) OF THE**
**BANKRUPTCY CODE**

Jeoffrey L. Burtch, Chapter 7 Trustee (the "Interim Trustee") in the above captioned case has filed the attached *Motion Of Trustee To Extend Time To Assume Or Reject Executory Contracts And Unexpired Leases Of Personal Property Pursuant To Section 365(d)(1) Of The Bankruptcy Code*.

If you disagree with the relief requested, you are required to file a response to the Application on or before **October 14, 2020 at 4:00 p.m.**  Any response must be in writing, filed with the Clerk of the United States Bankruptcy Court at 824 North Market Street, Third Floor, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response upon proposed counsel for the Trustee:

Susan E. Kaufman, Esq.
M. Claire McCudden, Esq.
Law Office of Susan E. Kaufman, LLC
919 N. Market Street, Suite 460
Wilmington, DE 19801
skaufman@skaufmanlaw.com
cmccudden@skaufmanlaw.com

IF OBJECTIONS ARE FILED, A HEARING ON THE APPLICATION WILL BE HELD ON **OCTOBER 21, 2020 AT 9:00 A.M.** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DE 19801.

    IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ M. Claire McCudden*
Susan E. Kaufman, (DBS# 3381)
M. Claire McCudden, (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com
cmccudden@skaufmanlaw.com

Proposed counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: September 30, 2020