**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| eNeura, Inc., ) | Case No. 20-11930 (BLS) |
| Debtor. ) | |

## CERTIFICATE OF SERVICE

I, M. Claire McCudden, Esq., certify under penalty of perjury that I am not less than 18 years of age, and that on September 30, 2020 I caused the attached documents to be served upon the entities listed on the attached service lists in the manner indicated.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ M. Claire McCudden*
M. Claire McCudden, (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
cmccudden@skaufmanlaw.com

Proposed counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: September 30, 2020