**Additional Service Party List**

**VIA REGULAR MAIL**

Adrian R. M. Upton
80 Highland Park Drive
Dundas, Ontario L9H 6G8

Airport II Property Management LLC
1762 Technology Drive, Suite 126
San Jose, CA 95110

Cathco, Inc.
Attn: Sarah Fischell
71 Riverlawn Drive
Fair Haven, NJ 07704

David R. Fischell
71 Riverlawn Drive
Fair Haven, NJ 07704

Department of Veteran Affairs
Financial Services Center
PO Box 149971
Austin, TX 78714

IPFS Corporation of CA
1055 Broadway, 11th Flr
Kansas City, MO 64105

LaunchPort, LLC
101 W. Dickman St., Suite 900
Baltimore, MD 21230

Leaf Capital Funding, LLC
PO Box 5066
Hartford, CT 06115

NeuroPace, Inc.
455 North Bernardo Avenue
Mountain View, CA 94043

Robert E. Fischell
14600 Viburnum Drive
Dayton, MD 21036

Scott J.S. Fischell
392 Deerpath Drive
Hardy, VA 24101

West Pratt Holdings, LLC
Attn: Robert C. Embry, Jr.
111 South Calvert Street, Suite 2300
Baltimore, MD 21202