IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| eNeura, Inc., ) | Case No. 20-11930 (BLS) |
| Debtor. ) | |
| ) | **Re: Docket No. 23** |

**ORDER EXTENDING THE DEADLINE PURSUANT TO SECTION 365(D)(1) OF THE BANKRUPTCY CODE TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL PROPERTY**

Jeoffrey L. Burtch, Trustee in the above captioned cases, has filed a Motion of Trustee to Extend Time to Assume or Reject Executory Contracts and Unexpired Leases of Personal Property Pursuant to Section 365(D)(1) of the Bankruptcy Code (the "Motion").

1. The Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. 1334; this is a core proceeding under 28 U.S.C. § 157(b)(2).

2. Proper Notice of the Motion has been given.

3. The Motion is granted solely to the extent set forth herein and is without prejudice to any other issues or disputes. The Trustee has shown cause for the requested extension under 11 U.S.C. § 365(d)(1) for the executory contracts and unexpired leases attached as Exhibit A to this order (the "Contracts and Leases").

4. The time within which the Trustee has to assume, assume and assign, or reject any and all of the Contracts and Leases is extended through and including January 4, 2021.

5. This Order is not a finding that any or all of the Contracts and Leases were not expired as of the filing date of August 7, 2020; and the rights of all the parties to each of the Contracts and Leases are reserved with respect to that issue. This Order is further without prejudice to the rights of any party to argue that the Debtor was not a party to one or more of the Contracts or Leases. This Order is further without prejudice to the rights of any party to argue

that with respect to one or more of the Contracts and Leases, that there is no legally binding contract or lease. This Order is further without prejudice to any argument that any contract or lease listed on Exhibit A is not executory in nature.

6. Entry of this Order shall be without prejudice to the rights of the Trustee to request further extensions of the time to assume or reject the Leases as provided in section 365(d)(1) of the Bankruptcy Code; and without prejudice to third parties to oppose such further requests for extensions.

7. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**Dated: October 15th, 2020**
**Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**