**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| eNeura, Inc., | ) Case No. 20-11930 (BLS) |
| | ) |
| Debtor. | ) **Re: Docket Nos. 27, 30, 33** |
| | ) |

## **THIRD AMENDED NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY**

To the Creditors and Other Parties in Interest:

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 554(a) and Federal Rule of Bankruptcy Procedure 6007, the undersigned, duly qualified and acting trustee (the "Trustee") of the estate (the "Estate") of the above captioned Debtor, intends to and will abandon the following described property (the "Property") as burdensome and of inconsequential value to the Estate. The Property will be abandoned unless, before **November 30, 2020 at 4:00 p.m**., a creditor or other interested party files a written objection and request for hearing with the clerk of the Bankruptcy Court, at 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and serves a copy of such request on the Trustee herein at the address listed below and upon the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801.

The Trustee reserves the right to withdraw this notice in the event that he receives an offer to purchase the assets for an amount in excess of the secured claims or that is otherwise acceptable to the secured creditors and provides a reasonable carve-out for administrative expenses and other creditors.

The Trustee intends to abandon the following Property:

| Property | Value Per Schedules | Lienholder | Lien Amount | Exempt |
|---|---|---|---|---|
| All assets listed on Debtor's Schedule A/B | $374,180.13 | Various, as identified on Debtor's Schedule D | Approximately $6,947,005.09[1] | N/A |

Objections not timely filed and served may be deemed waived.

Dated:  November 20, 2020

*/s/ Mark E. Felger*
Mark E. Felger (DE No. 3919)
Gregory F. Fischer (DE No. 5269)
Cozen O'Connor
1201 N. Market Street, Suite 1001
Wilmington, DE 19801-1147
Telephone (302) 295-2000
mfelger@cozen.com
gfischer@cozen.com

*Proposed Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*

---

[1] This value is an approximate amount based on the numbers in the Debtor's Schedules.